IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| EARL BRYANT,   )<br>  )<br>   Plaintiff,   )<br>  )<br>v.   )<br>  )<br>FEDERAL NATIONAL MORTGAGE   )<br>ASSOCIATION, et al.,   )<br>  )<br>   Defendants.   )<br>  ) | CIVIL ACTION NO. 5:16-CV-341 (MTT) |

### ORDER

Before the Court is Plaintiff Earl Bryant's Motion for Reconsideration (Doc.36) of the Court's Judgement (Doc. 35) and Order (Doc. 34), which dismissed his claims against Federal National Mortgage Association (Fannie Mae) for failure to state a claim and PHH and Citigroup for lack of personal jurisdiction as well as denied various motions by Bryant. The motion for reconsideration is **DENIED**.

Pursuant to Local Rule 7.6, "Motions for Reconsideration *shall not be filed as a matter of routine practice*." M.D. Ga., L.R. 7.6 (emphasis added). "Reconsideration is appropriate only if the movant demonstrates (1) that there has been an intervening change in the law, (2) that new evidence has been discovered which was not previously available to the parties in the exercise of due diligence, or (3) that the court made a clear error of law." *Bingham v. Nelson*, 2010 WL 339806, at *1 (M.D. Ga.) (quotation marks and citation omitted). "In order to demonstrate clear error, the party moving for reconsideration must do more than simply restate his prior arguments, and any

arguments which the party inadvertently failed to raise earlier are deemed waived."

*McCoy v. Macon Water Authority*, 966 F. Supp. 1209, 1222-23 (M.D. Ga. 1997).

Bryant has not met this burden.  He has not alleged an intervening change in the law, nor has he presented new evidence previously unavailable to him.  Moreover, the Court is not persuaded its order was clearly erroneous.

Accordingly, Bryant's motion for reconsideration is **DENIED**.

**SO ORDERED**, this 3rd day of March, 2017.

                                                S/ Marc T. Treadwell
                                                MARC T. TREADWELL, JUDGE
                                                UNITED STATES DISTRICT COURT